# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA R. MURPHY
ADC #760343                                                         PETITIONER

v.                              No. 3:19-cv-376-DPM

BARTON, Sergeant                                                    RESPONDENT

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 3. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Murphy's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2)

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2020