# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA R. MURPHY**
**ADC #760343**                                                **PETITIONER**

v.                              No. 3:19-cv-376-DPM

**BARTON, Sergeant**                                           **RESPONDENT**

## JUDGMENT

Murphy's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2020